UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MULTIMEDIA HOLDINGS CORPORATION
and GANNETT RIVER STATES PUBLISHING
CORPORATION d/b/a WTLV/WJXX FIRST
COAST NEWS, MORRIS PUBLISHING GROUP,
LLC d/b/a *THE FLORIDA TIMES-UNION*,
GRAHAM MEDIA GROUP, FLORIDA, INC.,
d/b/a WJXT-TV4, COX TELEVISION
JACKSONVILLE, LLC,

    Plaintiffs,

v.        Case No.: 3:14-cv-01177-J-32MCR

THE HONORABLE MARK H. MAHON,
CHIEF JUDGE OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL, CLAY AND NASSAU
COUNTIES, FLORIDA.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiffs Multimedia Holdings Corporation and Gannett River States Publishing Corporation d/b/a/ WTLV/WJXX First Coast News, Morris Publishing Group, LLC d/b/a *The Florida Times-Union*, Graham Media Group, Florida, Inc., d/b/a WJXT-TV4, and Cox Television Jacksonville, LLC, and Defendant, the Honorable Mark H. Mahon, hereby stipulate that the above-entitled cause be dismissed without prejudice.

Dated: February 19, 2015.

| | |
|---|---|
| **HOLLAND & KNIGHT LLP** | **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.** |
| /s/ George D. Gabel, Jr. | /s/ Michael E. Lockamy |
| George D. Gabel, Jr. | John A. Devault, III |

| | |
|---|---|
| Florida Bar No. 027220 | Florida Bar No. 0103979 |
| george.gabel@hklaw.com | jad@bedellfirm.com |
| Suzanne M. Judas | Henry M. Coxe, III |
| Florida Bar No. 862037 | Florida Bar No. 0155193 |
| suzanne.judas@hklaw.com | hmc@bedellfirm.com |
| Timothy J. Conner | Michael E. Lockamy |
| Florida Bar No. 767580 | Florida Bar No. 069626 |
| timothy.conner@hklaw.com | mel@bedellfirm.com |
| Jennifer A. Mansfield | The Bedell Building |
| Florida Bar No. 0186724 | 101 East Adams Street |
| jennifer.mansfield@hklaw.com | Jacksonville, Florida 32202 |
| Laura B. Renstrom | (904) 353-0211 |
| Florida Bar No. 108019 | Facsimile: (904) 353-9307 |
| laura.renstrom@hklaw.com | |
| 50 N. Laura Street, Suite 3900 | *Attorneys for Defendant* |
| Jacksonville, FL 32202 | |
| (904) 353-2000 | |
| Facsimile: (904) 358-1872 | |

*Attorneys for Plaintiffs*

Dated:  February 19, 2015

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February, 2015, this document was electronically filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ George D. Gabel, Jr.
Attorney